SOLLEY, Respondent, v. McGEORGE, Appellant.

(Supreme Court, General Term, First Department.   October 13, 1893.)

Action by John B. Solley against John B. McGeorge.
Dill, Chandler & Seymour, for appellant.
E. Luther Hamilton, for respondent.
No opinion.   Order affirmed, with $10 costs and printing disbursements.

---

VILLAGE OF NUNDA v. McNEAL, Sheriff.

(Supreme Court, General Term, First Department.   October 20, 1893.)

Action by the village of Nunda against Frank J. McNeal, as sheriff, etc.
No opinion.   Defendant's motion for a new trial denied, with costs, and judgment ordered for the plaintiff on the verdict.

---

VOIGHT, Appellant, v. WIDGELEY, Respondent.

(Supreme Court, General Term, First Department.   October 13, 1893.)

Action by Albert G. Voight against Wm. E. Widgeley.
Eugene Froyer, for appellant.
Wolff & Hodge, for respondent.
No opinion.   Order affirmed, with $10 costs and disbursements.

---

WEED, Respondent, v. WEED, Appellant.

(Supreme Court, General Term, First Department.   October 13, 1893.)

Action by Annie Weed against Robert M. Weed.
C. Norwood, Jr., for appellant.
L. C. Wachner, for respondent.
No opinion.   Judgment affirmed, with costs.

---

WESSELS et al., Appellants, v. BOETTCHER et al., Respondents.

(Supreme Court, General Term, First Department.   October 13, 1893.)

Action by Gerhard Wessels and another against Gustavus A. Boettcher and another.
J. A. Shoudy, for appellants.
C. W. De Wolf, for respondents.
No opinion.   Order affirmed, with $10 costs and disbursements.   See 23 N. Y. Supp. 480.

---

WILLOUGHBY, Respondent, v. EHRMANN, Appellant.

(Supreme Court, General Term, First Department.   October 13, 1893.)

Action by Catherine Willoughby against Julius Ehrmann.
T. Baumeister, for appellant.
L. R. Beckley, for respondent.
No opinion.   Order reversed, and motion granted.